UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DAVID WILLIAM PRICE,**

  Petitioner,

v.     No. 4:25-cv-0059-P

**WARDEN, FMC FORT WORTH,**

  Respondent.

## FINAL JUDGMENT

Consistent with the order of dismissal signed this date, the petition of David William Price under 28 U.S.C. § 2241 is **DISMISSED** for want of exhaustion.

**SO ORDERED** on this **16th day of May 2025.**

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE